UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ada L. Ron-Messer, )
      Plaintiff, )
v. )   Civil Action No. 08 0784
National Democrat Party *et al.*, )
      Defendants. )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of April 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

Royce C. Lamberth
United States District Judge

