UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ADA L. RON-MESSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0784 |
| ) | |
| NATIONAL DEMOCRAT PARTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is hereby

ORDERED that plaintiff's motion for leave to proceed on appeal *in forma pauperis* [Dkt. #6] is **GRANTED**.

SO ORDERED.

_____
United States District Judge

DATE: 6/20/2008